Bryan Douglas Thomas T829378
Name and Prisoner/Booking Number

Fourth Avenue Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 3 0 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Bryan Douglas Thomas,
(Full Name of Plaintiff)

           Plaintiff,

v.

(1) Fourth Avenue Jail Facility,
(Full Name of Defendant)

(2) Maricopa County Sheriffs Office,

(3)_____,

(4)_____,

           Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-00953-PHX-SMB--JFM**
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____.

2.  Institution/city where violation occurred: Fourth Avenue Jail, Phoenix AZ

3.

Revised 12/1/20

1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _Fourth Avenue Jail_     . The first Defendant is employed
as:_____ at _____.
                            (Position and Title)                                    (Institution)

2.  Name of second Defendant: _MCSO_          . The second Defendant is employed as:
as:_Maricopa County Sheriffs office_ at _____.
                            (Position and Title)                                    (Institution)

3.  Name of third Defendant:_____     . The third Defendant is employed
as:_____ at _____.
                            (Position and Title)                                    (Institution)

4.  Name of fourth Defendant:_____     . The fourth Defendant is employed
as:_____ at _____.
                            (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2.  If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a.  First prior lawsuit:
       1.  Parties:_In process_              v. _____
       2.  Court and case number:_____
       3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____

   b.  Second prior lawsuit:
       1.  Parties:_____ v. _____
       2.  Court and case number:_____
       3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____

   c.  Third prior lawsuit:
       1.  Parties:_____ v. _____
       2.  Court and case number:_____
       3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

### D.   CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: Amendment 8 &
14 regarding Cruel and usual punishment

2. **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☒ Threat to safety
- ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Sergeants at Fourth Avenue Jail have confirmed facility being short on staff & officers. Repeatively weeks of over-crided and lock down of facility occurs. Usual procedural jail routine has been altered at the cost of defendants in custody & inmates where half or more of dayroom access has been cut including access to dayroom phones & access to showers. Jails usual allowance of rec & outside cell access has been limited from approximately 8 hours to approximately 4 hours or less a day. While time locked inside/cells has increased, most weekends have a complete facility lock down over ride due to less staff & officers available on weekends. Lock down and change of routine is confirmed by Sergeants & D.O.s to be caused by security risk or not having enough officers on shift.

4. **Injury.**    State how you were injured by the actions or inactions of the Defendant(s).

Emotional distress, decline in mental & physical health, deprivation. Feeling of being punished for crime before conviction.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Cellmate Andrew Arvayo files grievance as to not further overwhelm facility

**COUNT II**

1. State the constitutional or other federal civil right that was violated: Amendment 8 3 14 regarding Cruel and unusual punishment.

2. **Count II.  Identify the issue involved.  Check only one.  State additional issues in separate counts.**

   ☒ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Lack of officers & staff at Fourth Avenue Jail has created deteriated relations & communication between staff & officers with inmates and in custody defendants. There is a lack and a delay in pick-up & submittal of paper forms such as legal service & grievance forms.

   Officers are also forced to deprive in custody defendants and inmates of usual procedural allowance of /dayroom access. This is is a loss of time to use showers/ TV, dayroom phones & tabels.

   Loss of out of cell access deprives of ability to walk & exercise. Also this is a deprivation of Socail interactions.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional distress, decline in mental & physical health.   Feelings of being punished for crime I haven't been convicted of.  Deprivation.

5. **Administrative Remedies.**

   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes    ☐ No
   2. Did you submit a request for administrative relief on Count II?     ☒ Yes    ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?     ☒ Yes    ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Cellmate Ariaua files grievance as to not further overwhelm jail.

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities          ☐ Mail                    ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property                ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                 ☐ Yes    ☐ No
   2. Did you submit a request for administrative relief on Count III?                        ☐ Yes    ☐ No
   3. Did you appeal your request for relief on Count III to the highest level?               ☐ Yes    ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Compensation; $268,669,777.64

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-22-23
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

## MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **May 24, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

_____ Hon _____ United States District Court, District of Arizona.

_____ Hon _____ United States District Court, District of Arizona.

_____ Attorney General, State of Arizona, _____

_____ Judge _____ Superior Court, Maricopa County, State of Arizona.

_____ County Attorney, Maricopa County, State of Arizona _____

_____ Public Defender, Maricopa County, State of Arizona _____

_____ Attorney _____

_____ Other _____

_____ _____

_____ _____

_____ **A7879**
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009